## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

FILED

FEB 2 0 2024

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. **CR 24-069 G** |
| -vs- | ) | |
| | ) | |
| JULIAN PAUL GLAZIER, | ) | Violations: 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

## I N D I C T M E N T

The Federal Grand Jury charges:

## COUNT 1
### (Felon in Possession of Firearms)

On or about December 24, 2023, in the Western District of Oklahoma,

------------------------------------ **JULIAN PAUL GLAZIER,** ------------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically:

1. a Maverick Arms, model 88, 12-gauge shotgun, bearing serial number MV0578073; and

2. a Charter Arms, model Bulldog, .44 SPL caliber revolver, bearing serial number 447709,

which were in and affecting interstate or foreign commerce in that said firearms had previously crossed state lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(8).

## COUNT 2
### (Felon in Possession of Ammunition)

On or about December 24, 2023, in the Western District of Oklahoma,

---------------------------------- **JULIAN PAUL GLAZIER,** ----------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, specifically: six Winchester Defender 12-gauge shotgun shells, which were in and affecting interstate or foreign commerce in that said ammunition had previously crossed state lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(8).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 and 2 of this Indictment, **JULIAN PAUL GLAZIER** shall forfeit to the United States any and all firearms and ammunition involved in the commission of such offense(s).

The property subject to forfeiture includes, but is not limited to:

1. a Maverick Arms, model 88, 12-gauge shotgun, bearing serial number MV0578073;

2. a Charter Arms, model Bulldog, .44 SPL caliber revolver, bearing serial number 447709;

3. six Winchester Defender 12-gauge shotgun shells; and

4.     any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

DANIELLE M. CONNOLLY
Assistant United States Attorney